In re Muzio ROBERTO; In re
Mary K. Roberto, Debtors.

Muzio Roberto; Mary K. Roberto,
Plaintiffs–Appellants,

v.

United States Trustee, Defendant–
Appellee.

No. 01–2065.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Muzio Roberto, Mary K. Roberto, Pro
Se.

Before NIEMEYER, WILLIAMS, and
MICHAEL, Circuit Judges.

PER CURIAM.

Muzio Roberto and Mary K. Roberto
appeal from the district court's order de-
nying their motion to reconsider a prior
order affirming the bankruptcy court's dis-
missal of their Chapter 13 petition. Our
review of the record and the district
court's opinion discloses no reversible er-
ror. Accordingly, we affirm on the reason-
ing of the district court. *Roberto v. Unit-
ed States Trustee,* No. CA–01–78–AW (D.
Md. filed July 23, 2001, entered July 24,
2001). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-

fore the court and argument would not aid
the decisional process.

*AFFIRMED.*